## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **BONNIE LOU BUZZELL HUTCHINS,** ET AL., | ) ) ) |
| PLAINTIFFS | ) ) |
| V. | ) ) |
| **BROADWAY VETERINARY CLINIC,** ET AL., | ) ) ) ) |
| DEFENDANTS | ) |

CIVIL NO. 1:16-CV-282

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 13TH DAY OF OCTOBER, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**